

**CLAUSEN MILLER P.C.**
CHICAGO, IL
NEW YORK
CALIFORNIA
NEW JERSEY
INDIANA
WISCONSIN
CONNECTICUT
FLORIDA
TEXAS

**CLAUSEN MILLER LLP**
LONDON, ENGLAND

**CMI** CLAUSEN MILLER INTERNATIONAL
Clausen Miller LLP, LONDON
Clausen Miller P.C.
Grenier Avocats, PARIS
Studio Legale Corapi, ROME
van Cutsem-Wittamer-Marnef & Partners, BRUSSELS

*Attorneys at Law*   100 Campus Drive, Suite 112 • Florham Park, NJ 07932 • www.clausen.com
Tel: 973.410.4130 • Fax: 973.410.4169

Carl M. Perri, Esq. – Managing Partner

February 4, 2026

**VIA E-FILING**
Hon. Esther Salas, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building
50 Walnut Street
Newark, NJ 07101

      Re:    *Sharestates Investments, LLC v. National Casualty Company et. al.*
             Case Docket:    2:25-cv-18266-ES-SDA
             Our File No.:    26-6291-00-5

Dear Judge Salas:

      We represent Defendant National Casualty Company ("NCC") in the above-captioned matter. National Casualty Company seeks an extension of the current deadline to file its motion to dismiss to Thursday, February 12, 2026. This is NCC's first request for an extension of this deadline, and no prior requests have been made or ruled upon by the Court. We request this short extension because of my obligations on other matters which have been unusually heavy recently.

      The requested extension is sought to allow sufficient time to complete and finalize the motion briefing. The request is made in good faith and is limited in duration. Granting the requested extension will not affect any other scheduled dates or deadlines in this matter. We discussed this request with Plaintiff's counsel who gave us consent for the short adjournment.

      Thank you for Your Honor's consideration. We remain available should the Court require any additional information.

                          Respectfully submitted,

                          CLAUSEN MILLER P.C.

            By:

                          Matthew T. Leis, Esq.

cc: All counsel of record via e-filing